# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas Navarroli,<br>on behalf of himself and all<br>others similarly situated, | )<br>)<br>) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:17−cv−05373 |
| | ) | |
| v. | ) | Honorable Magistrate Susan E. Cox |
| | ) | |
| LVNV Funding, LLC,<br>Resurgent Capital Services, LP,<br>Alegis Group, LLC., and<br>FirstSource Advantage, LLC, | )<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |
| Shabih Siddiqi,<br>on behalf of himself and all<br>others similarly situated, | )<br>)<br>) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:17−cv−06126 |
| | ) | |
| v. | ) | Honorable Robert M. Dow Jr. |
| | ) | |
| Dynamic Recovery Solutions, LLC, and<br>Pinnacle Credit Services, LLC, | )<br>) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   (See attached service list.)

     **PLEASE TAKE NOTICE** that on Wednesday, December 12, 2018 at 9:15 a.m., we shall appear before the Honorable Judge Robert M. Dow, Jr. in Room 2303 of the Dirksen Federal Courthouse and will there present **MOTION TO WITHDAW AS COUNSEL**, a copy of which is attached and hereby served upon you.

                                                                       Respectfully submitted,

                                                                       */s/ Daniel A. Edelman*
                                                                       Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

  I, Daniel A. Edelman, hereby certify that on December 4, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to the attorneys of record.

                     */s/ Daniel A. Edelman*
                     Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com